United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. 13-cr-383-PJH-2  (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| NUNEZ ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendant Frank Anthony Morton's motion for discovery [Docket No. 67] has been referred to this court. *See* Docket No. 69.  You are hereby notified that a hearing regarding the dispute is set for **May 7, 2014 at 10:30 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS SO ORDERED.

Dated:  March 20, 2014

DONNA M. RYU
United States Magistrate Judge